MEMORANDUM OPINION
 
 No. 04-11-00546-CR
 
 IN RE Phillip HARVEY
 Original Mandamus Proceeding
PER CURIAM

Sitting: Phylis J. Speedlin, Justice
 Steven C. Hilbig, Justice
MARIALYN BARNARD, JUSTICE
DELIVERED AND FILED: August 24, 2011

PETITION FOR WRIT OF MANDAMUS DISMISSED

 On July 29, 2011, relator filed a petition for writ of mandamus, and on August 9, 2011, relator filed a motion to withdraw the petition for writ of mandamus. Accordingly, we DISMISS the petition for writ of mandamus.
PER CURIAM
DO NOT PUBLISH